IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROLLAND SEAN TOWLES, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:17cv68-MHT (WO) |
| WALTER MYERS, et al., | ) ) ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging unsafe conditions of confinement for elderly prisoners housed at Easterling Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate

judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2018.

                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**